# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:98-cr-89-T-23EAJ |
| SHAWN PAUL HENDRICKS | USM Number: 22724-018 |
| | |
| | Defendant's Attorney: David Secular, afpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through eleven of the September 12, 2007, petition (Doc. 95).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | Criminal conduct while on supervision | 08/10/06 |
| Two | Positive urinalysis for marijuana | 08/10/06 |
| Three | Positive urinalysis for methamphetamine | 08/10/06 |
| Four | Positive urinalysis for marijuana | 06/07/07 |
| Five | Positive urinalysis for methamphetamine | 06/07/07 |
| Six | Failure to submit to mandatory drug testing | 07/05/07 |
| Seven | Use of controlled substance | 06/27/07 |
| Eight | Positive urinalysis for marijuana | 09/06/07 |
| Nine | Positive urinalysis for marijuana | 09/06/07 |
| Ten | Positive urinalysis for methamphetamine | 09/06/07 |
| Eleven | Failure to participate in drug aftercare treatment | 09/07/07 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 10, 2007
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

December 14, 2007
Date

| DEFENDANT: | SHAWN PAUL HENDRICKS | Judgment - Page  2  of  3 |
|---|---|---|
| CASE NUMBER: | 8:98-cr-89-T-23EAJ | |

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  **NINE (9) MONTHS**.

___X___   The court makes the following recommendations to the Bureau of Prisons:
**INCARCERATION AT A FACILITY IN COLEMAN, FLORIDA**

___X___   The defendant is remanded to the custody of the United States Marshal.

_____   The defendant shall surrender to the United States Marshal for this district:

_____   at _____ a.m.   p.m.   on _____.

_____   as notified by the United States Marshal.

_____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____   before 2 p.m. on _____.

_____   as notified by the United States Marshal.

_____   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:          Sheet 3 - Supervised Release

DEFENDANT:     SHAWN PAUL HENDRICKS                    Judgment - Page  3  of  3
CASE NUMBER:   8:98-cr-89-T-23EAJ

## SUPERVISED RELEASE

NO TERM OF SUPERVISED RELEASE IS IMPOSED.